# UNITED STATES DISTRICT COURT
for the
Western District of New York

KHALIF TARIQ MOORIAN IBN JIH BEY )
*Plaintiff* )
v. ) Civil Action No. 09-CV-6605 T
OFFICER JOSE RODRIGUEZ, CITY OF )
ROCHESTER, and STATE OF NEW YORK )
*Defendant* )

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:  the complaint is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Richard J. Arcara  on a motion for  N/A

Date: Jan 14, 2010

*CLERK OF COURT*

s/Michael J. Roemer

*Signature of Clerk or Deputy Clerk*